IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALBERT H. BEAVER, ESQ.,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                     11-cv-476-wmc

JENNIFER A. MOELLER, REGISTER IN
PROBATE, CIRCUIT COURT OF DOOR
COUNTY, WISCONSIN,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jennifer A. Moeller against plaintiff Albert H. Beaver awarding attorney fees and costs in the total amount of $2,359.99.

| /s/ | 7/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |